UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>　v.<br>BOBBY JO KISSEL,<br>　　　　　　　　Defendant. | Case No. 3:18-cr-00066-HDM-WGC<br><br>ORDER |

　　　Defendant Bobby Jo Kissel's motion to extend the deadline for filing objections to the presentence investigation report (ECF No. 61) is GRANTED, subject to any request by the Probation Department that the date for sentencing be continued to allow sufficient time to respond to the defendant's objections.

　　　IT IS SO ORDERED.

　　　DATED: This 22nd day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE