Janice A. Hubbard, Esq.
Law Office of Janice A. Hubbard
State Bar No. 4306
204 Marsh Ave, Suite 202
Reno, Nevada 89509
(775) 742-8524
Attorney for Bobby Jo Kissel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,        3:18-CR-00066-HDM-WGC-2

v.

                                 **ORDER GRANTING STIPULATION**
BOBBY JO KISSEL,          **TO CONTINUE SENTENCING**
                                 **HEARING**

    Defendant.       (First Request)
_____/

    IT IS HEREBY STIPULATED AND AGREED by and through Nicholas A. Trutanich, United States Attorney for the District of Nevada, and Sue Fahami, Assistant United States Attorney, counsel for the United States of America, and Janice Hubbard, Esq., counsel for defendant, Bobby Jo Kissel, that the sentencing hearing currently scheduled for December 17, 2019, be vacated and continued to January 22, 2020, at 10:30 a.m.

    1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

    2. Counsel has been on a vacation which necessitated a continuance in the objections to the Pre-Sentence Report[Court Order ECF 64]. The Division of Parole and Probation was unaware of the Court Order and filed the report. The additional time will allow

1

counsel and the division of Parole and Probation additional time to amend the report and to prepare for sentencing.

    3.  Further, the additional time is requested to allow the parties to prepare for the sentencing hearing.

    4. Defendant is out of custody, in full compliance with the terms of her pre-trial supervision and agrees with the continuance.

    5. The parties agree to the continuance.

    6. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 10th day of December 2019.

NICHOLAS A. TRUTANCIH
United States Attorney

/s/ Sue Fahami                    /s/ Janice A. Hubbard
SUE FAHAMI                          JANICE A. HUBBARD, ESQ.
Assistant United States Attorney    Counsel for Defendant

**ORDER**

**IT IS HEREBY ORDERED THAT**, based upon the foregoing Stipulation by the parties, and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for December 17, 2019 at 10:30 a.m. is VACATED and continued to January 22, 2020 at 10:30 a.m.in Reno Courtroom 4 before Judge Howard D. McKibben.  IT IS SO ORDERED.

DATED this 12th day of December, 2019.

_____
HOWARD D. McKIBBEN
SENIOR U.S. DISTRICT JUDGE