UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BOBBY JO KISSEL,

        Defendant.

Case No. 3:18-CR-00066-HDM-WGC

## ORDER GRANTING MS. KISSEL'S MOTION FOR LEAVE TO FILE PSYCHOLOGICAL EVALUATION UNDER SEAL

The Court having reviewed Ms. Kissel's request to file her Psychological Evaluation under seal finds that the request is appropriate as the evaluation would contain private information.

IT IS HEREBY ORDERED that Ms. Kissel may file her Psychological Evaluation with the Court under seal.

Dated: January __8__, 2020.

_____
UNITED STATES DISTRICT JUDGE

1