UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BOBBY JO KISSEL,

        Defendant.

Case No. 3:18-CR-00066-HDM-WGC

### ORDER GRANTING MS. KISSEL'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

The Court having reviewed Ms. Kissel's request to file her Sentencing Memorandum under seal finds that the request is appropriate.

IT IS HEREBY ORDERED that Ms. Kissel may file her Sentencing Memorandum with the Court under seal.

**Dated:** January 14th, 2020.

_____
UNITED STATES DISTRICT JUDGE