UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>BOBBY JO KISSEL,<br><br>                Defendant. | Case No. 3:18-cr-00066-HDM-WGC<br><br>ORDER |

    Defendant Bobby Jo Kissel's motion to strike (ECF No. 88) is GRANTED. IT IS THEREFORE ORDERED that ECF No. 85, which was improperly filed in this case, is hereby STRICKEN.

    IT IS SO ORDERED.

    DATED: This 24th day of January, 2020.

                                   */s/ Howard D. McKibben*
                               UNITED STATES DISTRICT JUDGE