UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>BOBBY JO KISSEL,<br><br>　　　　　　　　　　Defendant. | Case No. 3:18-cr-00066-HDM-WGC<br><br>ORDER |

　　　Defendant Bobby Jo Kissel's unopposed motion to continue date of self-surrender (ECF No. 100) is GRANTED.  The defendant shall have until September 8, 2020, to self-surrender.

　　　IT IS SO ORDERED.

　　　DATED: This 11th day of June, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1