UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00066-HDM-WGC |
| Plaintiff, | |
| v. | ORDER |
| BOBBY JO KISSEL, | |
| Defendant. | |

Defendant Bobby Jo Kissel has filed a motion for sentence modification or, in the alternative, for an extension of her self-surrender date (ECF No. 115). If either the government or the Probation Department has any objection to the defendant's motion, they shall advise the court no later than October 29, 2020.

IT IS SO ORDERED.

DATED: This 22nd day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

1