UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BOBBY JO KISSEL,<br><br>                    Defendant. | Case No. 3:18-cr-00066-HDM-WGC<br><br>ORDER |

   Defendant Bobby Jo Kissel's unopposed motion to continue date of self-surrender (ECF No. 115) is GRANTED. The defendant shall have until January 8, 2021, to self-surrender.

   IT IS SO ORDERED.

   DATED: This 29th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE